# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Danville
OCT 29 2014
JULIA C. DUDLEY, CLERK
BY: Fay Coleman
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

DIARUS MARK RAYNOR

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:13CR00024-003

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Norman K. Moon, United States District Judge
Name and Title of Judge

10/29/14
Date